IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 00-cr-00316-WDM-01

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

PATRICK GARRETT HEAPS,

    Defendant.

---

ORDER ALLOWING DISCLOSURE OF PRESENTENCE
INVESTIGATION REPORT TO THE UNITED STATES PROBATION OFFICE
IN THE SOUTHERN DISTRICT OF INDIANA

---

THIS MATTER is before the court upon request by the United States Probation Office in the Southern District of Indiana, for permission to access the Presentence Investigation Report prepared in this case for use in the Southern District of Indiana. Upon further review, the court

ORDERS the Presentence Investigation Report prepared for this court regarding PATRICK GARRETT HEAPS may be disclosed and viewed by the United States Probation Office in the Southern District of Indiana, and

FURTHER ORDERS that the Presentence Investigation Report not be copied or in any way disclosed beyond the scope of the Order, and that the report be distributed by a representative of the United States Probation Office. The court

FURTHER ORDERS that the Recommendation portion of the Presentence Investigation Report is not to be disclosed.

DATED at Denver, Colorado, this 22 day of June, 2007.

BY THE COURT:

Walker D. Miller
United States District Judge